<span style="color:orange">CLOSED</span>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:26-mj-00335-DUTY-1

Case title: USA v. Gonzalez                    Date Filed: 05/14/2026

                                               Date Terminated: 05/14/2026

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Cesar Gonzalez**<br>*TERMINATED: 05/14/2026* | represented by **Chad J. Pennington**<br>Federal Public Defenders Office - Riverside<br>3801 University Avenue, Suite 700<br>Riverside, CA 92501<br>951-276-6346<br>Email: chad_pennington@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **US Attorney's Office**<br>AUSA - Office of US Attorney |

Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2026 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Cesar Gonzalez, originating in the District of Massachusetts. Defendant charged in violation of: 21:846. Signed by agent Michael Callahan, DEA, Task Force Officer. filed by Plaintiff USA. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Cesar Gonzalez; defendants Year of Birth: 1984; date of arrest: 5/14/2026 (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 3 | Defendant Cesar Gonzalez arrested on warrant issued by the USDC District of Massachusetts at Worcester. (Attachments: # 1 District of Massachusetts)(ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Cesar Gonzalez. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant Cesar Gonzalez. Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Chad J. Pennington for Cesar Gonzalez, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody of the US Marshal. Court orders defendant held to answer to District of Massachusetts. Warrant of Removal and final commitment to issue. Court Smart: 5/14/2026. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Cesar Gonzalez. (Not for Public View pursuant to the E-Government Act of 2002) (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Cesar Gonzalez. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 8 | ORDER OF DETENTION by Magistrate Judge Sheri Pym as to Defendant Cesar Gonzalez. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 9 | DECLARATION RE: PASSPORT filed by Defendant Cesar Gonzalez, declaring that I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant Cesar Gonzalez. (ctr) (Entered: 05/21/2026) |
| 05/14/2026 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Sheri Pym that Defendant Cesar Gonzalez be removed to the District of Massachusetts (ctr) (Entered: 05/21/2026) |

| 05/21/2026 | | Notice to District of Massachusetts of a Rule 5 or Rule 32 Initial Appearance as to Defendant Cesar Gonzalez. Your case number is: 26-mj-4166-DHH. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Warrant of Removal and Commitment to Another District, 7 Advisement of Defendant's Statutory & Constitutional Rights (CR-10), 9 Declaration re Passport (CR-37), 10 Waiver of Rights (Out-of-District)(M-14), 8 Order of Detention, 5 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),, 4 Notice of Request for Detention. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-RS@cacd.uscourts.gov (ctr) (Entered: 05/21/2026) |