✎AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Cesar Gonzalez

**APPEARANCE**

Case Number:   26-mj-4166DHH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Cesar Gonzalez

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☑ CJA Appointment
☐ Federal Public Defender
☐ Retained
☐ Pro Bono

| 6/8/2026 | *William O'Neil* | |
| --- | --- | --- |
| Date | Signature | |
| | William J. O'Neil | 548445 |
| | Print Name | Bar Number |
| | 280 North Main Street, Suite 6 | |
| | Address | |
| | East Longmeadow       MA | 01028 |
| | City                State | Zip Code |
| | (413) 224-2694 | (413) 224-2231 |
| | Phone Number | Fax Number |