AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Cesar Gonzalez | ) | Case No.    26-mj-4166 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:    06/09/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

William T. O'Neil    54P4YJ
*Printed name and bar number of defendant's attorney*

230 N. Main St, Suite 6, East Longmeadow MA 01028
*Address of defendant's attorney*

wjoneil2@verizon.net
*E-mail address of defendant's attorney*

(413) 224 - 2694
*Telephone number of defendant's attorney*

(413) 224- 2231
*FAX number of defendant's attorney*