**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) CRIMINAL NO. 26MJ4166-DHH |
| **CESAR GONZALEZ,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**JOINT MOTION TO EXTEND TIME**
**TO ADDRESS DETENTION STATUS**

Now comes the parties who jointly move this Honorable Court, for an order extending the time for the parties to address the Defendant's detention status from June 16, 2026 to June 23, 2026.

As grounds therefore, the parties state that they need additional time to complete their research on this issue. The parties have discussed options by which to address the issue but counsel for the Defendant needs to discuss with the Defendant.

Respectfully submitted,

CESAR GONZALEZ

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

UNITED STATES OF AMERICA

/s/ *Danial Bennett*
Danial Bennett
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
508.368.0104

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

June 16, 2026                                    /s/ *William J. O'Neil*
                                                 William J. O'Neil