**APPENDIX 1**

**AO TABLE H-15 (Sept. 30, 2025)**

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Total Cases Open | Cases in Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations | | | FTA Violations | Technical Violations | Reports to Court |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Felony | Misde-meanor | Other | | | |
| **TOTAL** | **167,626** | **47,432** | **28.3** | **7,533** | **15.9** | **477** | **578** | **67** | **483** | **6,825** | **12,043** |
| **1st** | **5,673** | **2,238** | **39.5** | **246** | **11.0** | **18** | **12** | **3** | **25** | **216** | **366** |
| ME | 477 | 220 | 46.1 | 46 | 20.9 | 2 | 4 | 2 | 1 | 42 | 96 |
| MA | 1,682 | 688 | 40.9 | 84 | 12.2 | 12 | 3 | 0 | 20 | 64 | 109 |
| NH | 418 | 160 | 38.3 | 27 | 16.9 | 0 | 3 | 1 | 0 | 24 | 31 |
| RI | 405 | 182 | 44.9 | 16 | 8.8 | 4 | 2 | 0 | 0 | 13 | 20 |
| PR | 2,691 | 988 | 36.7 | 73 | 7.4 | 0 | 0 | 0 | 4 | 73 | 110 |
| **2nd** | **9,220** | **3,907** | **42.4** | **612** | **15.7** | **52** | **66** | **9** | **23** | **532** | **1,108** |
| CT | 917 | 395 | 43.1 | 56 | 14.2 | 4 | 5 | 3 | 1 | 50 | 96 |
| NY,N | 1,059 | 364 | 34.4 | 57 | 15.7 | 3 | 4 | 0 | 2 | 50 | 83 |
| NY,E | 2,864 | 1,276 | 44.6 | 212 | 16.6 | 22 | 19 | 0 | 5 | 186 | 402 |
| NY,S | 2,719 | 1,190 | 43.8 | 176 | 14.8 | 9 | 31 | 5 | 11 | 148 | 366 |
| NY,W | 1,226 | 496 | 40.5 | 63 | 12.7 | 4 | 3 | 1 | 1 | 58 | 85 |
| VT | 435 | 186 | 42.8 | 48 | 25.8 | 10 | 4 | 0 | 3 | 40 | 76 |
| **3rd** | **8,075** | **3,354** | **41.5** | **435** | **13.0** | **50** | **61** | **11** | **15** | **390** | **685** |
| DE | 340 | 82 | 24.1 | 8 | 9.8 | 0 | 0 | 0 | 3 | 7 | 9 |
| NJ | 3,075 | 1,602 | 52.1 | 115 | 7.2 | 20 | 17 | 1 | 4 | 108 | 136 |
| PA,E | 1,674 | 490 | 29.3 | 68 | 13.9 | 2 | 7 | 0 | 2 | 66 | 125 |
| PA,M | 1,326 | 468 | 35.3 | 83 | 17.7 | 11 | 15 | 7 | 4 | 66 | 128 |
| PA,W | 1,417 | 596 | 42.1 | 146 | 24.5 | 17 | 22 | 3 | 2 | 130 | 269 |
| VI | 243 | 116 | 47.7 | 15 | 12.9 | 0 | 0 | 0 | 0 | 13 | 18 |
| **4th** | **9,401** | **3,398** | **36.1** | **525** | **15.5** | **47** | **72** | **7** | **45** | **439** | **760** |
| MD | 1,170 | 582 | 49.7 | 93 | 16.0 | 12 | 16 | 2 | 8 | 82 | 149 |
| NC,E | 1,626 | 457 | 28.1 | 80 | 17.5 | 8 | 24 | 3 | 2 | 58 | 109 |
| NC,M | 529 | 124 | 23.4 | 20 | 16.1 | 1 | 4 | 0 | 0 | 16 | 25 |
| NC,W | 1,011 | 259 | 25.6 | 24 | 9.3 | 2 | 0 | 0 | 0 | 22 | 27 |
| SC | 1,566 | 572 | 36.5 | 73 | 12.8 | 9 | 8 | 0 | 21 | 60 | 102 |
| VA,E | 1,639 | 609 | 37.2 | 60 | 9.9 | 4 | 10 | 0 | 13 | 42 | 71 |
| VA,W | 585 | 217 | 37.1 | 30 | 13.8 | 7 | 6 | 1 | 0 | 23 | 37 |
| WV,N | 797 | 395 | 49.6 | 102 | 25.8 | 3 | 4 | 0 | 0 | 98 | 169 |
| WV,S | 478 | 183 | 38.3 | 43 | 23.5 | 1 | 0 | 1 | 1 | 38 | 71 |
| **5th** | **40,780** | **6,465** | **15.9** | **876** | **13.5** | **49** | **60** | **4** | **66** | **789** | **1,135** |
| LA,E | 958 | 316 | 33.0 | 53 | 16.8 | 2 | 4 | 0 | 7 | 48 | 92 |
| LA,M | 345 | 89 | 25.8 | 19 | 21.3 | 2 | 1 | 0 | 0 | 17 | 23 |
| LA,W | 826 | 162 | 19.6 | 11 | 6.8 | 0 | 0 | 0 | 0 | 11 | 13 |
| MS,N | 466 | 170 | 36.5 | 13 | 7.6 | 3 | 2 | 0 | 0 | 11 | 20 |
| MS,S | 998 | 265 | 26.6 | 19 | 7.2 | 1 | 2 | 0 | 0 | 14 | 19 |
| TX,N | 2,280 | 701 | 30.7 | 64 | 9.1 | 4 | 3 | 1 | 4 | 57 | 79 |
| TX,E | 2,918 | 667 | 22.9 | 81 | 12.1 | 4 | 7 | 0 | 3 | 75 | 104 |
| TX,S | 15,028 | 2,447 | 16.3 | 261 | 10.7 | 17 | 18 | 0 | 22 | 228 | 325 |
| TX,W | 16,961 | 1,648 | 9.7 | 355 | 21.5 | 16 | 23 | 3 | 30 | 328 | 460 |
| **6th** | **10,816** | **3,731** | **34.5** | **630** | **16.9** | **58** | **65** | **0** | **37** | **574** | **1,065** |
| KY,E | 841 | 211 | 25.1 | 9 | 4.3 | 0 | 0 | 0 | 0 | 9 | 12 |
| KY,W | 936 | 289 | 30.9 | 43 | 14.9 | 4 | 1 | 0 | 1 | 41 | 59 |
| MI,E | 2,216 | 930 | 42.0 | 229 | 24.6 | 22 | 16 | 0 | 4 | 225 | 452 |
| MI,W | 491 | 162 | 33.0 | 45 | 27.8 | 1 | 7 | 0 | 1 | 43 | 62 |
| OH,N | 1,747 | 704 | 40.3 | 96 | 13.6 | 6 | 7 | 0 | 14 | 80 | 156 |
| OH,S | 1,430 | 592 | 41.4 | 103 | 17.4 | 10 | 19 | 0 | 10 | 89 | 164 |
| TN,E | 1,393 | 228 | 16.4 | 16 | 7.0 | 2 | 1 | 0 | 1 | 13 | 18 |
| TN,M | 846 | 294 | 34.8 | 38 | 12.9 | 10 | 6 | 0 | 0 | 34 | 67 |
| TN,W | 916 | 321 | 35.0 | 51 | 15.9 | 3 | 8 | 0 | 6 | 40 | 75 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Total Cases Open | Cases in Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations | | | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Felony | Misde-meanor | Other | | | |
| **7th** | **6,646** | **2,488** | **37.4** | **463** | **18.6** | **26** | **41** | **10** | **20** | **421** | **751** |
| IL,N | 2,568 | 1,110 | 43.2 | 193 | 17.4 | 12 | 21 | 0 | 8 | 174 | 307 |
| IL,C | 585 | 202 | 34.5 | 24 | 11.9 | 1 | 4 | 1 | 4 | 19 | 29 |
| IL,S | 606 | 229 | 37.8 | 53 | 23.1 | 5 | 6 | 1 | 0 | 48 | 101 |
| IN,N | 805 | 268 | 33.3 | 39 | 14.6 | 2 | 5 | 0 | 5 | 32 | 57 |
| IN,S | 1,007 | 225 | 22.3 | 40 | 17.8 | 0 | 0 | 0 | 0 | 40 | 62 |
| WI,E | 805 | 374 | 46.5 | 93 | 24.9 | 4 | 4 | 7 | 2 | 89 | 167 |
| WI,W | 270 | 80 | 29.6 | 21 | 26.3 | 2 | 1 | 1 | 1 | 19 | 28 |
| **8th** | **12,030** | **3,942** | **32.8** | **981** | **24.9** | **73** | **92** | **14** | **76** | **890** | **2,018** |
| AR,E | 1,587 | 675 | 42.5 | 135 | 20.0 | 19 | 16 | 0 | 16 | 106 | 234 |
| AR,W | 502 | 182 | 36.3 | 13 | 7.1 | 2 | 1 | 0 | 1 | 10 | 15 |
| IA,N | 695 | 174 | 25.0 | 42 | 24.1 | 0 | 10 | 0 | 2 | 39 | 53 |
| IA,S | 659 | 127 | 19.3 | 34 | 26.8 | 2 | 5 | 3 | 0 | 28 | 47 |
| MN | 1,207 | 490 | 40.6 | 98 | 20.0 | 14 | 14 | 0 | 1 | 81 | 155 |
| MO,E | 2,407 | 705 | 29.3 | 317 | 45.0 | 22 | 5 | 8 | 7 | 307 | 1,028 |
| MO,W | 1,901 | 448 | 23.6 | 95 | 21.2 | 6 | 12 | 2 | 6 | 86 | 160 |
| NE | 933 | 283 | 30.3 | 48 | 17.0 | 4 | 3 | 0 | 0 | 43 | 59 |
| ND | 1,019 | 508 | 49.9 | 87 | 17.1 | 2 | 1 | 0 | 43 | 78 | 109 |
| SD | 1,120 | 350 | 31.3 | 112 | 32.0 | 2 | 25 | 1 | 0 | 112 | 158 |
| **9th** | **39,468** | **10,917** | **27.7** | **1,795** | **16.4** | **46** | **56** | **4** | **121** | **1,685** | **2,811** |
| AK | 468 | 234 | 50.0 | 51 | 21.8 | 2 | 0 | 0 | 2 | 48 | 93 |
| AZ | 14,179 | 2,100 | 14.8 | 424 | 20.2 | 12 | 10 | 0 | 28 | 406 | 591 |
| CA,N | 1,641 | 803 | 48.9 | 131 | 16.3 | 0 | 0 | 0 | 4 | 130 | 269 |
| CA,E | 1,686 | 611 | 36.2 | 42 | 6.9 | 0 | 0 | 0 | 9 | 38 | 46 |
| CA,C | 5,827 | 2,141 | 36.7 | 304 | 14.2 | 14 | 23 | 3 | 7 | 277 | 525 |
| CA,S | 8,938 | 2,310 | 25.8 | 380 | 16.5 | 4 | 3 | 0 | 35 | 357 | 573 |
| HI | 427 | 200 | 46.8 | 18 | 9.0 | 0 | 0 | 0 | 2 | 18 | 21 |
| ID | 743 | 258 | 34.7 | 39 | 15.1 | 2 | 2 | 0 | 6 | 32 | 49 |
| MT | 946 | 423 | 44.7 | 70 | 16.5 | 4 | 7 | 1 | 1 | 62 | 79 |
| NV | 913 | 356 | 39.0 | 40 | 11.2 | 1 | 1 | 0 | 6 | 32 | 46 |
| OR | 1,371 | 598 | 43.6 | 149 | 24.9 | 5 | 9 | 0 | 9 | 147 | 295 |
| WA,E | 961 | 293 | 30.5 | 65 | 22.2 | 1 | 0 | 0 | 6 | 62 | 103 |
| WA,W | 1,217 | 496 | 40.8 | 60 | 12.1 | 0 | 1 | 0 | 3 | 55 | 86 |
| GU | 115 | 79 | 68.7 | 19 | 24.1 | 1 | 0 | 0 | 3 | 18 | 25 |
| NMI | 36 | 15 | 41.7 | 3 | 20.0 | 0 | 0 | 0 | 0 | 3 | 10 |
| **10th** | **11,970** | **2,823** | **23.6** | **489** | **17.3** | **18** | **22** | **1** | **19** | **463** | **737** |
| CO | 1,152 | 311 | 27.0 | 34 | 10.9 | 1 | 1 | 0 | 0 | 32 | 42 |
| KS | 1,088 | 358 | 32.9 | 53 | 14.8 | 6 | 2 | 0 | 2 | 50 | 69 |
| NM | 4,960 | 680 | 13.7 | 85 | 12.5 | 3 | 2 | 0 | 2 | 85 | 103 |
| OK,N | 1,111 | 359 | 32.3 | 102 | 28.4 | 3 | 7 | 1 | 3 | 96 | 187 |
| OK,E | 624 | 107 | 17.1 | 20 | 18.7 | 2 | 1 | 0 | 4 | 17 | 23 |
| OK,W | 1,312 | 490 | 37.3 | 133 | 27.1 | 2 | 6 | 0 | 1 | 131 | 240 |
| UT | 1,356 | 424 | 31.3 | 50 | 11.8 | 1 | 3 | 0 | 2 | 45 | 62 |
| WY | 367 | 94 | 25.6 | 12 | 12.8 | 0 | 0 | 0 | 5 | 7 | 11 |
| **11th** | **13,547** | **4,169** | **30.8** | **481** | **11.5** | **40** | **31** | **4** | **36** | **426** | **607** |
| AL,N | 1,133 | 373 | 32.9 | 84 | 22.5 | 7 | 1 | 0 | 2 | 79 | 112 |
| AL,M | 628 | 191 | 30.4 | 17 | 8.9 | 2 | 1 | 0 | 7 | 14 | 22 |
| AL,S | 623 | 186 | 29.9 | 19 | 10.2 | 2 | 0 | 0 | 7 | 15 | 21 |
| FL,N | 709 | 210 | 29.6 | 26 | 12.4 | 1 | 2 | 0 | 1 | 24 | 29 |
| FL,M | 3,945 | 1,084 | 27.5 | 108 | 10.0 | 9 | 14 | 1 | 6 | 96 | 129 |
| FL,S | 3,312 | 1,082 | 32.7 | 123 | 11.4 | 5 | 2 | 3 | 3 | 114 | 158 |
| GA,N | 1,798 | 564 | 31.4 | 42 | 7.4 | 5 | 3 | 0 | 8 | 36 | 60 |
| GA,M | 801 | 270 | 33.7 | 25 | 9.3 | 4 | 3 | 0 | 2 | 18 | 27 |
| GA,S | 598 | 209 | 34.9 | 37 | 17.7 | 5 | 5 | 0 | 0 | 30 | 49 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.