**APPENDIX 2**

**AO TABLE H-14A (Sept. 30, 2025)**

**Table H-14.**
**U.S. District Courts ---- Pretrial Services Release and Detention**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct |
| **TOTAL** | **74,314** | **56,598** | **76.2** | **17,716** | **23.8** |
| **1st** | **1,892** | **1,201** | **63.5** | **691** | **36.5** |
| ME | 190 | 93 | 48.9 | 97 | 51.1 |
| MA | 573 | 356 | 62.1 | 217 | 37.9 |
| NH | 119 | 73 | 61.3 | 46 | 38.7 |
| RI | 88 | 39 | 44.3 | 49 | 55.7 |
| PR | 922 | 640 | 69.4 | 282 | 30.6 |
| **2nd** | **2,390** | **1,406** | **58.8** | **984** | **41.2** |
| CT | 205 | 85 | 41.5 | 120 | 58.5 |
| NY,N | 449 | 314 | 69.9 | 135 | 30.1 |
| NY,E | 495 | 247 | 49.9 | 248 | 50.1 |
| NY,S | 716 | 431 | 60.2 | 285 | 39.8 |
| NY,W | 378 | 240 | 63.5 | 138 | 36.5 |
| VT | 147 | 89 | 60.5 | 58 | 39.5 |
| **3rd** | **2,267** | **1,318** | **58.1** | **949** | **41.9** |
| DE | 159 | 123 | 77.4 | 36 | 22.6 |
| NJ | 676 | 307 | 45.4 | 369 | 54.6 |
| PA,E | 571 | 395 | 69.2 | 176 | 30.8 |
| PA,M | 345 | 212 | 61.4 | 133 | 38.6 |
| PA,W | 413 | 239 | 57.9 | 174 | 42.1 |
| VI | 103 | 42 | 40.8 | 61 | 59.2 |
| **4th** | **3,353** | **1,967** | **58.7** | **1,386** | **41.3** |
| MD | 266 | 96 | 36.1 | 170 | 63.9 |
| NC,E | 630 | 417 | 66.2 | 213 | 33.8 |
| NC,M | 227 | 166 | 73.1 | 61 | 26.9 |
| NC,W | 360 | 257 | 71.4 | 103 | 28.6 |
| SC | 486 | 280 | 57.6 | 206 | 42.4 |
| VA,E | 779 | 425 | 54.6 | 354 | 45.4 |
| VA,W | 191 | 118 | 61.8 | 73 | 38.2 |
| WV,N | 229 | 106 | 46.3 | 123 | 53.7 |
| WV,S | 185 | 102 | 55.1 | 83 | 44.9 |
| **5th** | **21,848** | **19,498** | **89.2** | **2,350** | **10.8** |
| LA,E | 319 | 204 | 63.9 | 115 | 36.1 |
| LA,M | 136 | 95 | 69.9 | 41 | 30.1 |
| LA,W | 250 | 180 | 72.0 | 70 | 28.0 |
| MS,N | 182 | 110 | 60.4 | 72 | 39.6 |
| MS,S | 380 | 274 | 72.1 | 106 | 27.9 |
| TX,N | 755 | 479 | 63.4 | 276 | 36.6 |
| TX,E | 658 | 474 | 72.0 | 184 | 28.0 |
| TX,S | 9,042 | 8,167 | 90.3 | 875 | 9.7 |
| TX,W | 10,126 | 9,515 | 94.0 | 611 | 6.0 |

**Table H-14.**
**U.S. District Courts ---- Pretrial Services Release and Detention**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct |
| **6th** | **4,202** | **2,773** | **66.0** | **1,429** | **34.0** |
| KY,E | 412 | 288 | 69.9 | 124 | 30.1 |
| KY,W | 352 | 238 | 67.6 | 114 | 32.4 |
| MI,E | 852 | 555 | 65.1 | 297 | 34.9 |
| MI,W | 219 | 138 | 63.0 | 81 | 37.0 |
| OH,N | 660 | 380 | 57.6 | 280 | 42.4 |
| OH,S | 503 | 279 | 55.5 | 224 | 44.5 |
| TN,E | 559 | 478 | 85.5 | 81 | 14.5 |
| TN,M | 272 | 198 | 72.8 | 74 | 27.2 |
| TN,W | 373 | 219 | 58.7 | 154 | 41.3 |
| **7th** | **1,927** | **1,053** | **54.6** | **874** | **45.4** |
| IL,N | 537 | 248 | 46.2 | 289 | 53.8 |
| IL,C | 203 | 121 | 59.6 | 82 | 40.4 |
| IL,S | 231 | 133 | 57.6 | 98 | 42.4 |
| IN,N | 305 | 192 | 63.0 | 113 | 37.0 |
| IN,S | 318 | 223 | 70.1 | 95 | 29.9 |
| WI,E | 278 | 113 | 40.6 | 165 | 59.4 |
| WI,W | 55 | 23 | 41.8 | 32 | 58.2 |
| **8th** | **4,510** | **2,983** | **66.1** | **1,527** | **33.9** |
| AR,E | 355 | 158 | 44.5 | 197 | 55.5 |
| AR,W | 139 | 29 | 20.9 | 110 | 79.1 |
| IA,N | 324 | 221 | 68.2 | 103 | 31.8 |
| IA,S | 311 | 238 | 76.5 | 73 | 23.5 |
| MN | 440 | 275 | 62.5 | 165 | 37.5 |
| MO,E | 932 | 664 | 71.2 | 268 | 28.8 |
| MO,W | 665 | 493 | 74.1 | 172 | 25.9 |
| NE | 395 | 312 | 79.0 | 83 | 21.0 |
| ND | 350 | 180 | 51.4 | 170 | 48.6 |
| SD | 599 | 413 | 68.9 | 186 | 31.1 |
| **9th** | **20,576** | **16,132** | **78.4** | **4,444** | **21.6** |
| AK | 154 | 73 | 47.4 | 81 | 52.6 |
| AZ | 9,206 | 8,238 | 89.5 | 968 | 10.5 |
| CA,N | 364 | 167 | 45.9 | 197 | 54.1 |
| CA,E | 356 | 224 | 62.9 | 132 | 37.1 |
| CA,C | 1,779 | 1,015 | 57.1 | 764 | 42.9 |
| CA,S | 6,132 | 5,026 | 82.0 | 1,106 | 18.0 |
| HI | 151 | 74 | 49.0 | 77 | 51.0 |
| ID | 298 | 167 | 56.0 | 131 | 44.0 |
| MT | 438 | 206 | 47.0 | 232 | 53.0 |
| NV | 227 | 117 | 51.5 | 110 | 48.5 |
| OR | 529 | 322 | 60.9 | 207 | 39.1 |
| WA,E | 363 | 236 | 65.0 | 127 | 35.0 |
| WA,W | 525 | 240 | 45.7 | 285 | 54.3 |
| GU | 32 | 11 | 34.4 | 21 | 65.6 |
| NMI | 22 | 16 | 72.7 | 6 | 27.3 |

**Table H-14.**
**U.S. District Courts ---- Pretrial Services Release and Detention**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct |
| **10th** | **5,810** | **4,650** | **80.0** | **1,160** | **20.0** |
| CO | 440 | 316 | 71.8 | 124 | 28.2 |
| KS | 376 | 243 | 64.6 | 133 | 35.4 |
| NM | 3,152 | 2,887 | 91.6 | 265 | 8.4 |
| OK,N | 500 | 323 | 64.6 | 177 | 35.4 |
| OK,E | 194 | 138 | 71.1 | 56 | 28.9 |
| OK,W | 576 | 302 | 52.4 | 274 | 47.6 |
| UT | 421 | 328 | 77.9 | 93 | 22.1 |
| WY | 151 | 113 | 74.8 | 38 | 25.2 |
| **11th** | **5,539** | **3,617** | **65.3** | **1,922** | **34.7** |
| AL,N | 404 | 223 | 55.2 | 181 | 44.8 |
| AL,M | 283 | 185 | 65.4 | 98 | 34.6 |
| AL,S | 221 | 140 | 63.3 | 81 | 36.7 |
| FL,N | 372 | 258 | 69.4 | 114 | 30.6 |
| FL,M | 1,769 | 1,269 | 71.7 | 500 | 28.3 |
| FL,S | 1,511 | 987 | 65.3 | 524 | 34.7 |
| GA,N | 461 | 273 | 59.2 | 188 | 40.8 |
| GA,M | 292 | 163 | 55.8 | 129 | 44.2 |
| GA,S | 226 | 119 | 52.7 | 107 | 47.3 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.
NOTE: Includes data reported for previous periods on Table H-9.
[1] Data represents defendants whose cases were activated during the 12-month period. Excludes dismissals, cases in which release is not possible within 90 days, transfers out, and cases that were later converted to diversion cases during the period.
[2] Includes data reported for previous periods as "never released."
[3] Includes data reported for previous periods as "later released," "released and later detained," and "never detained."