**APPENDIX 3**

**AO TABLE H-3 (Sept. 30, 2025)**

**Table H-3.**
**U.S. District Courts----Pretrial Services Recommendations Made For Initial Pretrial Release**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| **TOTAL** | **81,228** | **73,815** | **90.9** | **53,149** | **72.0** | **20,666** | **28.0** | **73,477** | **90.5** | **58,959** | **80.2** | **14,518** | **19.8** |
| **1st** | **2,018** | **1,812** | **89.8** | **1,013** | **55.9** | **799** | **44.1** | **1,815** | **89.9** | **1,423** | **78.4** | **392** | **21.6** |
| ME | 209 | 184 | 88.0 | 71 | 38.6 | 113 | 61.4 | 184 | 88.0 | 108 | 58.7 | 76 | 41.3 |
| MA | 627 | 557 | 88.8 | 249 | 44.7 | 308 | 55.3 | 560 | 89.3 | 395 | 70.5 | 165 | 29.5 |
| NH | 142 | 91 | 64.1 | 37 | 40.7 | 54 | 59.3 | 91 | 64.1 | 61 | 67.0 | 30 | 33.0 |
| RI | 96 | 84 | 87.5 | 29 | 34.5 | 55 | 65.5 | 84 | 87.5 | 66 | 78.6 | 18 | 21.4 |
| PR | 944 | 896 | 94.9 | 627 | 70.0 | 269 | 30.0 | 896 | 94.9 | 793 | 88.5 | 103 | 11.5 |
| **2nd** | **2,742** | **2,503** | **91.3** | **1,384** | **55.3** | **1,119** | **44.7** | **2,519** | **91.9** | **1,743** | **69.2** | **776** | **30.8** |
| CT | 249 | 189 | 75.9 | 58 | 30.7 | 131 | 69.3 | 209 | 83.9 | 127 | 60.8 | 82 | 39.2 |
| NY,N | 471 | 410 | 87.0 | 322 | 78.5 | 88 | 21.5 | 417 | 88.5 | 353 | 84.7 | 64 | 15.3 |
| NY,E | 628 | 588 | 93.6 | 267 | 45.4 | 321 | 54.6 | 587 | 93.5 | 367 | 62.5 | 220 | 37.5 |
| NY,S | 803 | 800 | 99.6 | 402 | 50.3 | 398 | 49.8 | 800 | 99.6 | 503 | 62.9 | 297 | 37.1 |
| NY,W | 423 | 375 | 88.7 | 230 | 61.3 | 145 | 38.7 | 367 | 86.8 | 277 | 75.5 | 90 | 24.5 |
| VT | 168 | 141 | 83.9 | 105 | 74.5 | 36 | 25.5 | 139 | 82.7 | 116 | 83.5 | 23 | 16.5 |
| **3rd** | **2,629** | **2,419** | **92.0** | **1,300** | **53.7** | **1,119** | **46.3** | **2,423** | **92.2** | **1,583** | **65.3** | **840** | **34.7** |
| DE | 165 | 160 | 97.0 | 124 | 77.5 | 36 | 22.5 | 162 | 98.2 | 125 | 77.2 | 37 | 22.8 |
| NJ | 888 | 823 | 92.7 | 314 | 38.2 | 509 | 61.8 | 823 | 92.7 | 469 | 57.0 | 354 | 43.0 |
| PA,E | 621 | 611 | 98.4 | 338 | 55.3 | 273 | 44.7 | 611 | 98.4 | 449 | 73.5 | 162 | 26.5 |
| PA,M | 402 | 354 | 88.1 | 252 | 71.2 | 102 | 28.8 | 354 | 88.1 | 251 | 70.9 | 103 | 29.1 |
| PA,W | 447 | 380 | 85.0 | 213 | 56.1 | 167 | 43.9 | 383 | 85.7 | 238 | 62.1 | 145 | 37.9 |
| VI | 106 | 91 | 85.8 | 59 | 64.8 | 32 | 35.2 | 90 | 84.9 | 51 | 56.7 | 39 | 43.3 |
| **4th** | **3,937** | **3,042** | **77.3** | **1,726** | **56.7** | **1,316** | **43.3** | **3,111** | **79.0** | **2,200** | **70.7** | **911** | **29.3** |
| MD | 318 | 286 | 89.9 | 120 | 42.0 | 166 | 58.0 | 282 | 88.7 | 151 | 53.5 | 131 | 46.5 |
| NC,E | 695 | 521 | 75.0 | 280 | 53.7 | 241 | 46.3 | 520 | 74.8 | 406 | 78.1 | 114 | 21.9 |
| NC,M | 257 | 244 | 94.9 | 170 | 69.7 | 74 | 30.3 | 244 | 94.9 | 204 | 83.6 | 40 | 16.4 |
| NC,W | 411 | 393 | 95.6 | 267 | 67.9 | 126 | 32.1 | 393 | 95.6 | 301 | 76.6 | 92 | 23.4 |
| SC | 652 | 479 | 73.5 | 275 | 57.4 | 204 | 42.6 | 491 | 75.3 | 330 | 67.2 | 161 | 32.8 |
| VA,E | 868 | 557 | 64.2 | 273 | 49.0 | 284 | 51.0 | 623 | 71.8 | 427 | 68.5 | 196 | 31.5 |
| VA,W | 234 | 185 | 79.1 | 130 | 70.3 | 55 | 29.7 | 180 | 76.9 | 136 | 75.6 | 44 | 24.4 |
| WV,N | 286 | 200 | 69.9 | 108 | 54.0 | 92 | 46.0 | 200 | 69.9 | 111 | 55.5 | 89 | 44.5 |
| WV,S | 216 | 177 | 81.9 | 103 | 58.2 | 74 | 41.8 | 178 | 82.4 | 134 | 75.3 | 44 | 24.7 |
| **5th** | **22,885** | **21,311** | **93.1** | **18,334** | **86.0** | **2,977** | **14.0** | **20,880** | **91.2** | **18,550** | **88.8** | **2,330** | **11.2** |
| LA,E | 342 | 300 | 87.7 | 152 | 50.7 | 148 | 49.3 | 302 | 88.3 | 216 | 71.5 | 86 | 28.5 |
| LA,M | 151 | 135 | 89.4 | 78 | 57.8 | 57 | 42.2 | 135 | 89.4 | 109 | 80.7 | 26 | 19.3 |
| LA,W | 412 | 259 | 62.9 | 190 | 73.4 | 69 | 26.6 | 193 | 46.8 | 143 | 74.1 | 50 | 25.9 |
| MS,N | 225 | 188 | 83.6 | 149 | 79.3 | 39 | 20.7 | 188 | 83.6 | 120 | 63.8 | 68 | 36.2 |
| MS,S | 433 | 359 | 82.9 | 277 | 77.2 | 82 | 22.8 | 359 | 82.9 | 278 | 77.4 | 81 | 22.6 |
| TX,N | 853 | 781 | 91.6 | 447 | 57.2 | 334 | 42.8 | 776 | 91.0 | 590 | 76.0 | 186 | 24.0 |
| TX,E | 839 | 580 | 69.1 | 388 | 66.9 | 192 | 33.1 | 575 | 68.5 | 435 | 75.7 | 140 | 24.3 |
| TX,S | 9,394 | 8,558 | 91.1 | 7,624 | 89.1 | 934 | 10.9 | 8,220 | 87.5 | 7,577 | 92.2 | 643 | 7.8 |
| TX,W | 10,236 | 10,151 | 99.2 | 9,029 | 88.9 | 1,122 | 11.1 | 10,132 | 99.0 | 9,082 | 89.6 | 1,050 | 10.4 |

**Table H-3.**
**U.S. District Courts----Pretrial Services Recommendations Made For Initial Pretrial Release**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6th** | **4,683** | **4,141** | **88.4** | **2,562** | **61.9** | **1,579** | **38.1** | **4,200** | **89.7** | **3,152** | **75.0** | **1,048** | **25.0** |
| KY,E | 456 | 412 | 90.4 | 295 | 71.6 | 117 | 28.4 | 412 | 90.4 | 320 | 77.7 | 92 | 22.3 |
| KY,W | 404 | 338 | 83.7 | 242 | 71.6 | 96 | 28.4 | 338 | 83.7 | 279 | 82.5 | 59 | 17.5 |
| MI,E | 952 | 922 | 96.8 | 498 | 54.0 | 424 | 46.0 | 920 | 96.6 | 659 | 71.6 | 261 | 28.4 |
| MI,W | 259 | 166 | 64.1 | 44 | 26.5 | 122 | 73.5 | 161 | 62.2 | 110 | 68.3 | 51 | 31.7 |
| OH,N | 751 | 687 | 91.5 | 419 | 61.0 | 268 | 39.0 | 679 | 90.4 | 467 | 68.8 | 212 | 31.2 |
| OH,S | 569 | 529 | 93.0 | 181 | 34.2 | 348 | 65.8 | 532 | 93.5 | 326 | 61.3 | 206 | 38.7 |
| TN,E | 596 | 570 | 95.6 | 514 | 90.2 | 56 | 9.8 | 570 | 95.6 | 518 | 90.9 | 52 | 9.1 |
| TN,M | 291 | 196 | 67.4 | 153 | 78.1 | 43 | 21.9 | 261 | 89.7 | 218 | 83.5 | 43 | 16.5 |
| TN,W | 405 | 321 | 79.3 | 216 | 67.3 | 105 | 32.7 | 327 | 80.7 | 255 | 78.0 | 72 | 22.0 |
| **7th** | **2,357** | **1,987** | **84.3** | **1,016** | **51.1** | **971** | **48.9** | **1,990** | **84.4** | **1,305** | **65.6** | **685** | **34.4** |
| IL,N | 698 | 623 | 89.3 | 232 | 37.2 | 391 | 62.8 | 625 | 89.5 | 352 | 56.3 | 273 | 43.7 |
| IL,C | 216 | 191 | 88.4 | 130 | 68.1 | 61 | 31.9 | 191 | 88.4 | 138 | 72.3 | 53 | 27.7 |
| IL,S | 256 | 196 | 76.6 | 112 | 57.1 | 84 | 42.9 | 200 | 78.1 | 151 | 75.5 | 49 | 24.5 |
| IN,N | 333 | 305 | 91.6 | 200 | 65.6 | 105 | 34.4 | 307 | 92.2 | 230 | 74.9 | 77 | 25.1 |
| IN,S | 403 | 333 | 82.6 | 224 | 67.3 | 109 | 32.7 | 328 | 81.4 | 256 | 78.0 | 72 | 22.0 |
| WI,E | 330 | 281 | 85.2 | 95 | 33.8 | 186 | 66.2 | 281 | 85.2 | 149 | 53.0 | 132 | 47.0 |
| WI,W | 121 | 58 | 47.9 | 23 | 39.7 | 35 | 60.3 | 58 | 47.9 | 29 | 50.0 | 29 | 50.0 |
| **8th** | **5,192** | **4,374** | **84.2** | **2,769** | **63.3** | **1,605** | **36.7** | **4,352** | **83.8** | **3,407** | **78.3** | **945** | **21.7** |
| AR,E | 447 | 353 | 79.0 | 174 | 49.3 | 179 | 50.7 | 353 | 79.0 | 228 | 64.6 | 125 | 35.4 |
| AR,W | 255 | 151 | 59.2 | 35 | 23.2 | 116 | 76.8 | 151 | 59.2 | 65 | 43.0 | 86 | 57.0 |
| IA,N | 381 | 322 | 84.5 | 204 | 63.4 | 118 | 36.6 | 321 | 84.3 | 261 | 81.3 | 60 | 18.7 |
| IA,S | 351 | 320 | 91.2 | 227 | 70.9 | 93 | 29.1 | 320 | 91.2 | 276 | 86.3 | 44 | 13.8 |
| MN | 488 | 462 | 94.7 | 277 | 60.0 | 185 | 40.0 | 459 | 94.1 | 346 | 75.4 | 113 | 24.6 |
| MO,E | 1,022 | 940 | 92.0 | 607 | 64.6 | 333 | 35.4 | 943 | 92.3 | 713 | 75.6 | 230 | 24.4 |
| MO,W | 747 | 588 | 78.7 | 399 | 67.9 | 189 | 32.1 | 589 | 78.8 | 504 | 85.6 | 85 | 14.4 |
| NE | 457 | 417 | 91.2 | 340 | 81.5 | 77 | 18.5 | 414 | 90.6 | 361 | 87.2 | 53 | 12.8 |
| ND | 406 | 221 | 54.4 | 110 | 49.8 | 111 | 50.2 | 216 | 53.2 | 139 | 64.4 | 77 | 35.6 |
| SD | 638 | 600 | 94.0 | 396 | 66.0 | 204 | 34.0 | 586 | 91.8 | 514 | 87.7 | 72 | 12.3 |

**Table H-3.**
**U.S. District Courts----Pretrial Services Recommendations Made For Initial Pretrial Release**
**For the 12-Month Period Ending September 30, 2025**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| **9th** | **21,859** | **20,929** | **95.7** | **15,004** | **71.7** | **5,925** | **28.3** | **20,832** | **95.3** | **16,601** | **79.7** | **4,231** | **20.3** |
| AK | 171 | 149 | 87.1 | 68 | 45.6 | 81 | 54.4 | 119 | 69.6 | 84 | 70.6 | 35 | 29.4 |
| AZ | 9,396 | 9,185 | 97.8 | 8,127 | 88.5 | 1,058 | 11.5 | 9,162 | 97.5 | 8,431 | 92.0 | 731 | 8.0 |
| CA,N | 432 | 420 | 97.2 | 190 | 45.2 | 230 | 54.8 | 420 | 97.2 | 269 | 64.0 | 151 | 36.0 |
| CA,E | 437 | 422 | 96.6 | 258 | 61.1 | 164 | 38.9 | 422 | 96.6 | 351 | 83.2 | 71 | 16.8 |
| CA,C | 2,148 | 2,076 | 96.6 | 1,151 | 55.4 | 925 | 44.6 | 2,073 | 96.5 | 1,559 | 75.2 | 514 | 24.8 |
| CA,S | 6,281 | 6,016 | 95.8 | 3,730 | 62.0 | 2,286 | 38.0 | 5,989 | 95.4 | 4,062 | 67.8 | 1,927 | 32.2 |
| HI | 163 | 158 | 96.9 | 70 | 44.3 | 88 | 55.7 | 158 | 96.9 | 127 | 80.4 | 31 | 19.6 |
| ID | 338 | 290 | 85.8 | 187 | 64.5 | 103 | 35.5 | 283 | 83.7 | 200 | 70.7 | 83 | 29.3 |
| MT | 541 | 441 | 81.5 | 271 | 61.5 | 170 | 38.5 | 441 | 81.5 | 284 | 64.4 | 157 | 35.6 |
| NV | 303 | 283 | 93.4 | 111 | 39.2 | 172 | 60.8 | 276 | 91.1 | 176 | 63.8 | 100 | 36.2 |
| OR | 572 | 543 | 94.9 | 281 | 51.7 | 262 | 48.3 | 543 | 94.9 | 407 | 75.0 | 136 | 25.0 |
| WA,E | 395 | 309 | 78.2 | 227 | 73.5 | 82 | 26.5 | 308 | 78.0 | 280 | 90.9 | 28 | 9.1 |
| WA,W | 620 | 576 | 92.9 | 298 | 51.7 | 278 | 48.3 | 577 | 93.1 | 332 | 57.5 | 245 | 42.5 |
| GU | 40 | 40 | 100.0 | 22 | 55.0 | 18 | 45.0 | 40 | 100.0 | 22 | 55.0 | 18 | 45.0 |
| NMI | 22 | 21 | 95.5 | 13 | 61.9 | 8 | 38.1 | 21 | 95.5 | 17 | 81.0 | 4 | 19.0 |
| **10th** | **6,258** | **5,720** | **91.4** | **4,625** | **80.9** | **1,095** | **19.1** | **5,694** | **91.0** | **4,944** | **86.8** | **750** | **13.2** |
| CO | 482 | 359 | 74.5 | 272 | 75.8 | 87 | 24.2 | 343 | 71.2 | 294 | 85.7 | 49 | 14.3 |
| KS | 428 | 377 | 88.1 | 255 | 67.6 | 122 | 32.4 | 375 | 87.6 | 287 | 76.5 | 88 | 23.5 |
| NM | 3,201 | 3,152 | 98.5 | 2,858 | 90.7 | 294 | 9.3 | 3,148 | 98.3 | 2,962 | 94.1 | 186 | 5.9 |
| OK,N | 570 | 504 | 88.4 | 376 | 74.6 | 128 | 25.4 | 504 | 88.4 | 397 | 78.8 | 107 | 21.2 |
| OK,E | 281 | 190 | 67.6 | 131 | 68.9 | 59 | 31.1 | 190 | 67.6 | 171 | 90.0 | 19 | 10.0 |
| OK,W | 688 | 603 | 87.6 | 329 | 54.6 | 274 | 45.4 | 603 | 87.6 | 348 | 57.7 | 255 | 42.3 |
| UT | 441 | 412 | 93.4 | 312 | 75.7 | 100 | 24.3 | 412 | 93.4 | 369 | 89.6 | 43 | 10.4 |
| WY | 167 | 123 | 73.7 | 92 | 74.8 | 31 | 25.2 | 119 | 71.3 | 116 | 97.5 | 3 | 2.5 |
| **11th** | **6,668** | **5,577** | **83.6** | **3,416** | **61.3** | **2,161** | **38.7** | **5,661** | **84.9** | **4,051** | **71.6** | **1,610** | **28.4** |
| AL,N | 591 | 385 | 65.1 | 219 | 56.9 | 166 | 43.1 | 389 | 65.8 | 250 | 64.3 | 139 | 35.7 |
| AL,M | 370 | 234 | 63.2 | 143 | 61.1 | 91 | 38.9 | 232 | 62.7 | 177 | 76.3 | 55 | 23.7 |
| AL,S | 289 | 210 | 72.7 | 147 | 70.0 | 63 | 30.0 | 210 | 72.7 | 158 | 75.2 | 52 | 24.8 |
| FL,N | 400 | 379 | 94.8 | 263 | 69.4 | 116 | 30.6 | 374 | 93.5 | 285 | 76.2 | 89 | 23.8 |
| FL,M | 2,010 | 1,802 | 89.7 | 1,148 | 63.7 | 654 | 36.3 | 1,802 | 89.7 | 1,405 | 78.0 | 397 | 22.0 |
| FL,S | 1,692 | 1,510 | 89.2 | 834 | 55.2 | 676 | 44.8 | 1,634 | 96.6 | 1,075 | 65.8 | 559 | 34.2 |
| GA,N | 666 | 561 | 84.2 | 346 | 61.7 | 215 | 38.3 | 533 | 80.0 | 374 | 70.2 | 159 | 29.8 |
| GA,M | 346 | 275 | 79.5 | 179 | 65.1 | 96 | 34.9 | 270 | 78.0 | 194 | 71.9 | 76 | 28.1 |
| GA,S | 304 | 221 | 72.7 | 137 | 62.0 | 84 | 38.0 | 217 | 71.4 | 133 | 61.3 | 84 | 38.7 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.
[1] PSO = Pretrial Services Officer.
[2] AUSA = Assistant U.S. Attorney.
[3] Excludes dismissals and cases in which release is not possible within 90 days.