**APPENDIX 4**

**AO TABLE H-9A (Sept. 30, 2024)**

**Table H-9A.**
**U.S. District Courts ---- Pretrial Services**
**Detention Summary: Days, Average and Median**
**For the 12-Month Period Ending September 30, 2024**

| Circuit and District | Total Number of Defendants | Total Number of Days Detained | Average Number of Days Detained | Median Number of Days Detained |
|---|---|---|---|---|
| **TOTAL** | **101,691** | **35,887,058** | **353** | **252** |
| **1st** | **3,195** | **1,821,085** | **570** | **395** |
| ME | 221 | 80,652 | 364 | 249 |
| MA | 749 | 373,588 | 498 | 395 |
| NH | 209 | 69,901 | 334 | 236 |
| RI | 184 | 114,327 | 621 | 483 |
| PR | 1,832 | 1,182,617 | 645 | 447 |
| **2nd** | **4,815** | **3,327,304** | **691** | **355** |
| CT | 439 | 234,848 | 534 | 382 |
| NY,N | 713 | 329,470 | 462 | 292 |
| NY,E | 1,262 | 1,536,018 | 1,217 | 692 |
| NY,S | 1,389 | 774,428 | 557 | 406 |
| NY,W | 706 | 343,243 | 486 | 329 |
| VT | 306 | 109,297 | 357 | 272 |
| **3rd** | **3,979** | **2,289,067** | **575** | **415** |
| DE | 172 | 72,064 | 418 | 331 |
| NJ | 1,134 | 714,449 | 630 | 484 |
| PA,E | 871 | 437,773 | 502 | 383 |
| PA,M | 833 | 495,703 | 595 | 446 |
| PA,W | 834 | 492,065 | 590 | 462 |
| VI | 135 | 77,013 | 570 | 301 |
| **4th** | **5,416** | **1,683,288** | **311** | **249** |
| MD | 523 | 232,854 | 445 | 364 |
| NC,E | 1,134 | 365,751 | 322 | 249 |
| NC,M | 284 | 58,488 | 205 | 162 |
| NC,W | 618 | 193,759 | 313 | 276 |
| SC | 890 | 307,069 | 345 | 274 |
| VA,E | 869 | 213,575 | 245 | 180 |
| VA,W | 312 | 96,636 | 309 | 289 |
| WV,N | 491 | 141,116 | 287 | 210 |
| WV,S | 295 | 74,040 | 250 | 194 |
| **5th** | **27,969** | **8,309,855** | **297** | **222** |
| LA,E | 625 | 270,058 | 432 | 319 |
| LA,M | 173 | 60,528 | 349 | 222 |
| LA,W | 480 | 170,943 | 356 | 257 |
| MS,N | 207 | 58,497 | 282 | 198 |
| MS,S | 617 | 295,919 | 479 | 252 |
| TX,N | 1,167 | 395,034 | 338 | 218 |
| TX,E | 2,317 | 1,273,381 | 549 | 437 |
| TX,S | 9,197 | 2,271,410 | 246 | 140 |
| TX,W | 13,186 | 3,514,085 | 266 | 174 |

**Table H-9A.**
**U.S. District Courts ---- Pretrial Services**
**Detention Summary: Days, Average and Median**
**For the 12-Month Period Ending September 30, 2024**

| Circuit and District | Total Number of Defendants | Total Number of Days Detained | Average Number of Days Detained | Median Number of Days Detained |
|---|---|---|---|---|
| **6th** | **6,675** | **2,595,802** | **389** | **272** |
| KY,E | 617 | 167,429 | 271 | 211 |
| KY,W | 640 | 212,857 | 332 | 244 |
| MI,E | 982 | 372,450 | 379 | 257 |
| MI,W | 291 | 63,895 | 219 | 194 |
| OH,N | 1,035 | 433,357 | 418 | 299 |
| OH,S | 858 | 316,187 | 368 | 272 |
| TN,E | 1,075 | 463,583 | 431 | 318 |
| TN,M | 558 | 323,457 | 579 | 483 |
| TN,W | 619 | 242,587 | 391 | 272 |
| **7th** | **3,590** | **2,197,323** | **612** | **308** |
| IL,N | 1,131 | 1,130,463 | 999 | 592 |
| IL,C | 427 | 241,448 | 565 | 389 |
| IL,S | 344 | 105,052 | 305 | 227 |
| IN,N | 446 | 215,611 | 483 | 308 |
| IN,S | 660 | 314,017 | 475 | 363 |
| WI,E | 431 | 161,157 | 373 | 286 |
| WI,W | 151 | 29,575 | 195 | 177 |
| **8th** | **8,427** | **2,925,591** | **347** | **237** |
| AR,E | 901 | 450,072 | 499 | 419 |
| AR,W | 295 | 97,892 | 331 | 236 |
| IA,N | 482 | 116,646 | 242 | 199 |
| IA,S | 551 | 145,334 | 263 | 217 |
| MN | 628 | 172,592 | 274 | 238 |
| MO,E | 1,861 | 623,523 | 335 | 250 |
| MO,W | 1,475 | 705,948 | 478 | 368 |
| NE | 654 | 209,638 | 320 | 245 |
| ND | 698 | 204,225 | 292 | 209 |
| SD | 882 | 199,721 | 226 | 169 |

**Table H-9A.**
**U.S. District Courts ---- Pretrial Services**
**Detention Summary: Days, Average and Median**
**For the 12-Month Period Ending September 30, 2024**

| Circuit and District | Total Number of Defendants | Total Number of Days Detained | Average Number of Days Detained | Median Number of Days Detained |
|---|---|---|---|---|
| **9th** | **23,108** | **6,533,685** | **283** | **243** |
| AK | 255 | 92,462 | 362 | 248 |
| AZ | 12,643 | 3,009,203 | 238 | 33 |
| CA,N | 805 | 467,860 | 581 | 243 |
| CA,E | 843 | 470,682 | 558 | 462 |
| CA,C | 1,371 | 654,456 | 477 | 286 |
| CA,S | 3,625 | 602,493 | 166 | 110 |
| HI | 217 | 112,655 | 519 | 364 |
| ID | 522 | 169,724 | 325 | 210 |
| MT | 597 | 120,448 | 201 | 170 |
| NV | 386 | 171,588 | 444 | 328 |
| OR | 744 | 260,832 | 350 | 265 |
| WA,E | 574 | 199,529 | 347 | 248 |
| WA,W | 461 | 162,074 | 351 | 234 |
| GU | 46 | 28,748 | 624 | 172 |
| NMI | 19 | 10,931 | 575 | 150 |
| **10th** | **8,073** | **2,427,270** | **301** | **251** |
| CO | 692 | 248,274 | 358 | 264 |
| KS | 625 | 197,604 | 316 | 237 |
| NM | 3,151 | 851,887 | 270 | 145 |
| OK,N | 897 | 297,397 | 331 | 271 |
| OK,E | 499 | 194,828 | 390 | 325 |
| OK,W | 903 | 205,339 | 227 | 196 |
| UT | 985 | 349,565 | 354 | 272 |
| WY | 321 | 82,376 | 256 | 138 |
| **11th** | **6,444** | **1,776,788** | **276** | **187** |
| AL,N | 536 | 176,919 | 330 | 216 |
| AL,M | 292 | 92,156 | 315 | 182 |
| AL,S | 381 | 124,017 | 325 | 187 |
| FL,N | 341 | 76,978 | 225 | 179 |
| FL,M | 1,818 | 474,552 | 261 | 187 |
| FL,S | 1,532 | 282,351 | 184 | 136 |
| GA,N | 676 | 294,918 | 436 | 239 |
| GA,M | 528 | 160,672 | 304 | 255 |
| GA,S | 340 | 94,225 | 277 | 266 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.