

**William J. O'Neil**
Attorney at Law
280 North Main St., Suite 6, East Longmeadow, MA 01028
TEL (413) 224-2694 • FAX (413) 224-2231 • E-Mail:wjoneil2@verizon.net

July 10, 2026          FILED IN CLERKS OFFICE

United States District Court                          JUL 13 '26 PM12:08 USDC MA
for the District of Massachusetts
Harold D. Donoghue Federal
Building & Courthouse
595 Main Street
Worcester, MA 01608

RE:    USA v. Cesar Gonzalez
       United States District Court for the District of Massachusetts
       Docket No. 26mj4166

To Whom it May Concern:

     Pursuant to the Court's scheduling order of July 10, 2026,
enclosed please find a flash drive which contains the audio of Mr.
Gonzalez' detention hearing in the Central District of California
which Mr. Gonzalez requests be marked as an exhibit for the hearing
on July 21, 2026.

     If you have any questions or need additional information,
please contact this office.

                              Very truly yours,

                              William J. O'Neil

WJO
Encl.

Cc: AUSA Danial Bennett (w/o enclosure)





William J. O'Neil
Attorney at Law
280 North Main St., Suite 6
East Longmeadow, MA 01028

United States District Court

U.S. v. Cesar Gonzalez

26 mj 4166

Detention Hearing Audio from Central District of CA.