**Yvette Gonzalez**

70100 Chappel Rd.

Rancho Mirage CA 92270

760-409-5886

7-14-26

**The Honorable Judge Margaret R. Guzman**

595 Main Street

Worcester, Massachusetts 01608

**Subject:** Letter in Support of Bail for Cesar Gonzalez, Case No. 26-MJ-4166

Dear Judge ,Guzman

I am writing to ask the courts to consider releasing my husband from custody, on bail to come home to California to his family.

**Cesar Gonzalez**, who is currently seeking bail in the case 26-MJ-4166.

I have known Cesar for a little over two years. In this time, we have gotten married had a baby and started raising our family. With persistence, and patience he has won over the love and respect of my twelve-year-old son and my seven-year-old daughter who now look up to him as a father figure. I have been so fortunate to have a partner like Cesar to raise three children with and we look forward to his return home.

He is committed to his family, his community, and his work.

He has been involved in community church events with our church Victory Outreach Hemet. He and his car club Rollerz Only Riverside C.A. chapter have on several occasions helped raise money for the Loma Linda Children's Hospital and always looking to do events to help out our community.

Cesar has a nine-month-old child he provides all financial and most physical care for, he also has a college student daughter who attends SDSU, and a disabled veteran wife who needs daily assistance, the needs his family has make it highly unlikely that Cesar would attempt to flee before trial.

I am confident that Cesar will appear for all scheduled court dates and comply with any conditions set by the court. I am available to discuss this matter further and provide any additional information needed.

Respectfully,    Yvette Gonzalez