June 21, 2026

Re: Cesar Gonzalez

To Whom It May Concern:

My name is Bernie Pina, and I am the owner of Best Auto Repair, LLC.

This letter is to confirm that Cesar has been employed with our company. Throughout his employment, he has consistently demonstrated strong work ethic, reliability, and dedication to his responsibilities. He is a valued employee and an important member of our team.

Upon his return, Cesar will continue to hold his position with our company. We look forward to his continued contributions and are pleased to support him in this matter.

If you require any additional information, please do not hesitate to contact me or Robert Tovar, Supervisor at 951-966-0245.

Sincerely,

Bernie Pina
Owner
Best Auto Repair, LLC
1685 S. State
San Jacinto, Ca 92583