## Fwd: Cesar Gonzalez

From:  Yvette (yvetteescobedo1987@gmail.com)

To:     wjoneil2@verizon.net

Date:   Friday, June 12, 2026 at 01:45 PM EDT

---------- Forwarded message ---------
From: **Irene** <ifranz64@yahoo.com>
Date: Fri, Jun 12, 2026 at 10:43 AM
Subject: Cedar Gonzalez
To: <yvetteescobedo.1987@gmail.com>

To whom it may concern,

My name is Irene Franz, and I have been a licensed bail agent since 1988 and a real estate agent since 2014. It is with a heartfelt sentiment that I share my experiences with Cesar Gonzalez. I have had the privilege of bailing him out multiple times, with his father standing alongside him as a co-signer for the bond, ensuring his commitment to attending court.

Throughout our interactions, Cesar has shown himself to be a person of integrity, consistently honoring his court appearances and fulfilling his financial obligations. His reliability during difficult times is commendable.

Though I typically refrain from writing character letters, I felt a profound connection to the struggles faced by the Gonzalez family. Their resilience and commitment deserve recognition.

Respectfully,
Irene Franz
Realtor
BRE# 01949908
(760) 534-2517
Bail Agent
DOI #1841098