**Jose Luis Gonzalez & Rosario Gonzalez**
**163 Madrid Street, Rancho Mirage CA**
**(442)-300-4031 & (442)-677-3581**
[laylabunnygonzalez@gmail.com](mailto:laylabunnygonzalez@gmail.com)

15th July 2026

Dear Judge Guzman,

We Jose Luis and Rosario Gonzalez fully support our son, Cesar Gonzalez, and are here to assist him in any way we can.

We will make sure he abides by all terms of release and if needed we will help financially for travel to make sure court appearances are met.

We hope our son is afforded the right to bail and he has an opportunity to come home as he is a good individual and has always done the right thing when it comes to his responsibility.

Thank you for your time and your consideration.

Respectfully,

Jose Luis Gonzalez & Rosario Gonzalez