**Layla Gonzalez**
**163 Madrid Street, Rancho Mirage CA**
**(760)-821-3472**
**laylagonzalez230@gmail.com**

15th July 2026

Dear Judge Guzman,

My name is Layla Gonzalez, and I am writing to respectfully ask that you consider granting my father bond so that he can return home while his case moves forward. I know that you have an important responsibility in making this decision, and I appreciate you taking the time to read my letter. I wanted to share what my father means to me and our family.

This fall, I will be attending San Diego State University to begin the next chapter of my life. This is a milestone that I have worked very hard to achieve, and it has always been my hope that my father would be there to support me as I take this important step. He has already missed some of the biggest moments of my life this year, including my high school graduation, something I always imagined he would be there to celebrate with me. Now, as I prepare to leave for San Diego State University this fall, it breaks my heart to think he may miss another major milestone. My father has always been a loving, hardworking, and caring parent. Throughout my life, he has done everything he could to provide for our family and guide us in the right direction. He has taught me the importance of honesty, responsibility, and treating others with kindness and respect. I have always known him to be someone of good character who cares deeply about his family and friends. Since he has been away, our family has struggled emotionally and financially. We miss him every day, and his absence has affected every part of our lives. We need his guidance, his support, and his presence at home. He has always been the person our family relies on, and it has been incredibly difficult trying to navigate everything without him.

I respectfully ask that you allow my father the opportunity to be released on bond while he fights his case. I believe he deserves the chance to work closely with his attorneys, help get our family back on stable ground, and continue supporting us during this difficult time. I truly believe he will comply with all conditions set by the Court and appear for every required hearing. From my perspective, the circumstances surrounding his arrest have been deeply upsetting, and our family has felt overwhelmed by everything that has happened. Regardless of the legal issues before the Court, I hope you will consider the impact his absence has had on those of us who love him and depend on him. I know nothing can replace the time we've already lost, but I am asking for the chance to have my father with me again and for our family to begin putting the pieces back together while he has the opportunity to properly defend himself.

Thank you for your time, your consideration, and the work you do every day. I respectfully ask that you consider granting my father bond and giving our family the opportunity to be together again during this difficult time.

Respectfully,

Layla Gonzalez