VICTORY OUTREACH

# HEMET MEN'S HOME

T: 951-627-2260  //  josemonrial644@gmail.com

Jose Monrial
Men's home director
47552 state HWY 74
Hemet ca , 92544

### DEAR US DISTRICT COURT OF MASSACHUSETTS ,

This letter is in regards to Cesar Gonzalez booking number ████████512 in regards to case number 26 – MJ – 4166. I have known Cesar over the last few years and have got to know him personally, not only through his business and him partnering with our church through different community events, but also him attending our church Services with his family.

I have known Caesar as a man who has dedicated himself to being a faithful father, a faithful husband, and a man who has completely turned his life around. I am unsure of the full extent of his situation but what I can assure Whoever is On the other side of this letter, Cesar is not who he once was. I believe Cesar has proven to his family he is a changed, man. I also believe that he can prove to this court In the state of Massachusetts that he is a Changed man.

If he is given a chance, we open up our door here in Victory outreach Hemet in the state of California a open bed for him to come if there's ever a possibility for him being released into our custody. If  there are any questions or concerns I'm more than happy to answer and get any more information that is necessary.

Sincerely
Jose Monrial