**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO.: 26mj4166DHH** |
| **CESAR GONZALEZ** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION TO OBTAIN TRANSCRIPT OF**
**HEARING ON MOTION TO REVOKE DETENTION ORDER**

Now comes William J. O'Neil, counsel for the defendant, Cesar Gonzalez, who moves this Honorable Court for an order that the official transcript of his hearing his Motion to Revoke Detention Order of July 21, 2026 be produced and provided to counsel and that the cost of said transcript be paid by the government.

As grounds therefore, counsel for the defendant states that the Court denied said motion. Mr. Gonzalez seeks to appeal the order denying the motion. Counsel requires a transcript of the hearing to prepare said appeal.

The Court has determined that the defendant is indigent.

July 22, 2026                                        Respectfully submitted,

ALLOWED David H. Hennessy U.S.M.J.
Jul 23, 2026

/s/ *William J. O'Neil*
William J. O'Neil
280 N. Main Street, Ste. 6
E. Longmeadow, MA 01028
(413) 224-2694
BBO#: 548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


July 22, 2026                    /s/ *William J. O'Neil*
                                 William J. O'Neil