**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO. 26-MJ-4166-DHH** |
| **CESAR GONZALEZ,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant, Cesar Gonzalez, who, pursuant to 18 U.S.C. § 3145 (c),

hereby appeals to the United States Court of Appeals for the First Circuit from the denial of his

Motion for Revocation of Detention Order, entered in this action on July 21, 2026.

Respectfully submitted,

CESAR GONZALEZ

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


July 21, 2026                                    /s/ *William J. O'Neil*
                                                 William J. O'Neil