# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:  USA v. Cesar Gonzalez

District Court Number:  4:26-mj-04166-DHH-7

Fee:    Paid?   Yes _____   No _X_   Government filer _____   *In Forma Pauperis* Yes _____   No _X_

Motions Pending      Yes _____ No _X_          Sealed documents      Yes _X_ No _____
*If yes, document #*  _____          *If yes, document #*   112

*Ex parte* documents    Yes _____ No _X_          Transcripts      Yes _____ No _X_
*If yes, document #*  _____          *If yes, document #*  _____

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _X_   Other: _____

Appeal from:

#190 Order on MOTION to Revoke Detention Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#181 Motion, #190 Order on Motion,  # 218 Notice of Appeal

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 218 _____ filed on 7/31/2026 _____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/31/2026 _____.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Jennifer Barrows _____
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**